# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD DRUMMOND,

    Petitioner,

v.

BRENDA TRITT,

    Respondent.

No. 3:16-CV-2135

(Judge Brann)

## **ORDER**

**MARCH 28, 2019**

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED** that:

1. The petition for writ of habeas corpus, (Doc. 1) is **DENIED**.

2. The Clerk of Court shall **CLOSE** this case.

3. There is no probable cause to issue a certificate of appealability.

                              BY THE COURT:

                              *s/ Matthew W. Brann*
                              Matthew W. Brann
                              United States District Judge